**Brenda MAYS, Appellant,**

v.

**TUSCANY BISTRO, LLC., d/b/a Cafe At Briarcliff Village, et al., Respondents.**

**WD 77655**

Missouri Court of Appeals, Western District.

FILED: March 31, 2015

Thomas J. Porto, Kansas City, for appellant.

Billy R. Randles and Beverly T. Randles, Kansas city, MO, for respondents.

Before Division Four: Alok Ahuja, Chief Judge, Presiding, Lisa White Hardwick, Judge and Jalilah Otto, Sp. Judge

#### ORDER

Per Curiam

Brenda Mays appeals from the default judgment and award of costs and attorney's fees entered against her on her petition for damages against Tuscany Bistro, LLC, d/b/a Cafe at Briarcliff Village ("the Cafe"); its management company, Key Companies & Associates, L.L.C., d/b/a/ Key Company & Associates, LLC ("Key Company"); and Thomas J. Belisle, the head chef at the Cafe. After a thorough review of the briefs and the record, we find no error and affirm the judgment. A formal, published opinion would serve no jurisprudential purpose; however a memorandum explaining the reasons for our decision has been provided to the parties.

AFFIRMED. Rule 84.16(b)